# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHERYL L. KOBLESKI,

        Plaintiff,

v.

BONDED COLLECTORS OF
WISCONSIN, INC.,

        Defendant.

Case No. 17-CV-262

**ORDER**

On May 19, 2017, Plaintiff filed a letter with the Court stating that the parties had settled this matter. (Docket #7). Plaintiff requests that the Court administratively close this action and permit the parties fourteen days to complete the settlement. *Id.* The Court will grant the requests. Further, the parties must submit a stipulation for dismissal no later than June 5, 2017, or this action will be dismissed by the Court. The Court will also vacate this matter's June 2, 2017 scheduling conference.

Accordingly,

**IT IS ORDERED** that the parties shall file a stipulation of dismissal no later than June 5, 2017; and

**IT IS FURTHER ORDERED** that the scheduling conference set in this matter for June 2, 2017 be and the same is hereby **VACATED**.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge